# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ROGERIO BATISTA MENDES #A240-336-226** | **CASE NO. 3:25-CV-01639 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 3], no objections thereto having been filed, and after an independent review of the record, determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Rogerio Batista Mendes' Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order to amend his complaint [Doc. No. 2].

MONROE, LOUISIANA, this 27th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE